UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ANSLEY,<br><br>   Petitioner,<br><br>   v.<br><br>FRED FOULK,<br><br>   Respondent. | No. 2:14-cv-2376 CKD P<br><br>ORDER |

Petitioner is a California inmate proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 11, 2014, the court granted petitioner's motion to stay this action pending the exhaustion of state court remedies with respect to his ineffective assistance of trial counsel claim. ECF No. 6. Petitioner was directed to file a motion to lift the stay within thirty days of any decision by the California Supreme Court and was cautioned that the failure to timely inform the court would result in dismissal of the unexhausted claim.

On May 30, 2017 the court ordered petitioner to show cause why the stay should not be lifted and the ineffective assistance of counsel claim dismissed as unexhausted due to petitioner's failure to update the court. ECF No. 7. Counsel for petitioner filed a reply to the show cause order on June 29, 2017 indicating that he has not been retained nor paid for "necessary investigation services." ECF No. 8 at 2. Other than describing the ways in which trial and appellate counsel have not performed as petitioner deemed appropriate, counsel for petitioner provides no explanation for the **two and a half year delay** in this case. To add insult to injury,

counsel for petitioner then requests that the court "extend the deadline for petitioner to obtain the services of another lawyer who may file appropriate pleadings seeking relief…." ECF No. 8 at 4.

Before the court will grant any further continuances of this matter, counsel for petitioner is directed to file a motion to withdraw as counsel pursuant to Local Rule 182(d) in the event that he no longer intends to be counsel of record in this matter. Counsel is also directed to file a status report on any efforts petitioner has taken to obtain the services of another lawyer in this matter or if he wishes to proceed in propia persona. Such motion and status report shall be filed **within 7 days from the date of this order.** The original show cause order will not be discharged until counsel for petitioner responds to this order.

Accordingly, IT IS HEREBY ORDERED, that within 7 days from the date of this order, counsel for petitioner shall file a motion to withdraw, if appropriate, as well as a status report on any efforts petitioner has made to obtain new counsel.

Dated: July 5, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/ansl2376.showcausereply

2