UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ANSLEY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>FRED FOULK,<br><br>　　　　Respondent. | No. 2:14-cv-02376-CKD P<br><br><br>ORDER |

　　　　Petitioner is a California prisoner challenging his 2011 state court conviction via a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. On December 11, 2014, the court stayed the instant proceedings to allow petitioner to return to state court to exhaust his judicial remedies concerning his ineffective assistance of counsel claim. ECF No. 6. Petitioner was further directed to inform this court and file a request to lift the stay within thirty days of a decision by the California Supreme Court concluding state habeas review. ECF No. 6 at 2. Since that time, however, petitioner has not filed a motion to lift the stay or otherwise notified the court about the status of any state court proceedings. Therefore, the court will order petitioner to demonstrate what steps he has taken to exhaust his state court remedies since December 2014 and the results of any state habeas corpus proceedings. Petitioner shall include a copy of any decision issued by a California state court during that time period concerning his ineffective assistance of counsel claim.

1

1   Accordingly, IT IS HEREBY ORDERED that petitioner show cause within 30 days from
2   the date of this order why the stay of this case should not be lifted.
3   Dated: June 18, 2020

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

11   12/ansl2376.oscstay.docx

2