UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ANSLEY,<br><br>                   Petitioner,<br><br>     v.<br><br>FRED FOULK,<br><br>                   Respondent. | No.  2:14cv-02376-TLN-CKD P<br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On November 9, 2020, respondent filed a motion to dismiss.  Petitioner has not filed an opposition to the motion.  Good cause appearing, IT IS HEREBY ORDERED that petitioner file an opposition or a statement of non-opposition to respondent's pending motion to dismiss within twenty-one days.  Failure to comply with this order will result in a recommendation that this action be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure.

Dated:  January 24, 2021

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/ansl2376.146.docx